```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
FREEPLAY MUSIC LLC,                     :
              Plaintiff,                :    ORDER
         -against-                      :    09 Civ. 6400 (JFK) (MHD)
G2 MEDIA GROUP et al.,                  :
              Defendants.               :
----------------------------------------x
```
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

By order dated November 23, 2009, the District Court set some discovery deadlines in the above-captioned case, noting that the case would be referred to me for additional supervision of the discovery process. (Order, Nov. 23, 2009, Docket Doc. 9). The case was officially referred to me for general pre-trial supervision by separate order. (Order of Referral to a Magistrate Judge, Nov. 23, 2009, Doc. 10).

An initial conference having been held today, it is hereby **ORDERED** that the discovery schedule set by Judge Keenan is supplemented with additional deadlines for expert discovery to yield the following schedule:

1) Any additional joinder of parties or amendment of pleadings is to be done by no later than **MONDAY, FEBRUARY 1, 2010**.

2) Plaintiff will provide expert reports, if any, to defendants by no later than **MONDAY, MAY 3, 2010**.

3) Defendants will provide expert reports, if any, to plaintiff by no later than **MONDAY, MAY 17, 2010**.

4) All remaining expert and fact discovery is to be completed by **WEDNESDAY, MAY 26, 2010**.

5) The parties are to submit a joint pretrial order by no later than **FRIDAY, JUNE 18, 2010**, unless a potentially dispositive motion has been served and filed by that date.

**Dated: New York, New York**
       January 4, 2010

                              SO ORDERED.

                              _____
                              **MICHAEL H. DOLINGER**
                              **UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent today

BY FACSIMILE TO:

Christopher Serbagi, Esq.
Fax: (212) 593-2112

Jura Christine Zibas, Esq.
Lewis Brisbois Bisgaard & Smith LLP
Fax: (212) 232-1399

AND BY MAIL TO:

George Milnes, II
G2 Media Group
1213 Fulton Road NW
Canton, OH 44703