UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  4-30-10
```

-------------------------------------------------------------- X

FREEPLAY MUSIC L.L.C.,

                 Plaintiff,

        - v -

G2 MEDIA GROUP, MAGIC CIRCLE CORPORATION,
and GEORGE MILNES II,

                Defendants.

-------------------------------------------------------------- X

09-cv-6400 (JFK) (MHD)

**ANSWER TO AMENDED
COMPLAINT**

      Defendant G2 MEDIA GROUP, INC., GEORGE MILNES II, ("G2") as and for its answer to the amended complaint of plaintiff FREEPLAY MUSIC, L.L.C. ("Plaintiff"), in the above captioned action, allege upon information and belief as follows:

### NATURE OF ACTION

1. Neither admit nor deny the allegations contained in paragraph "1" of the Amended Complaint, as such constitute a legal conclusion to which no response is required, except, to the extent a response is, in fact, required, denies the allegations and respectfully refers all questions of law to the Court for its consideration.

### JURISDICTION AND VENUE

2. Neither admit nor deny the allegations contained in paragraph "2" of the Amended Complaint, as such constitute a legal conclusion to which no response is required, except, to the extent a response is, in fact, required, denies the allegations and respectfully refers all questions of law to the Court for its consideration.

3. Neither admit nor deny the allegations contained in paragraph "3" of the Amended Complaint with regard to jurisdiction, as such constitute a legal conclusion to which no response is required, except, to the extent a response is, in fact, required, states that

G2 does not maintain an office in New York, and denies the remaining allegations and respectfully refers all questions of law to the Court for its consideration.

4. Neither admit nor deny the allegations contained in paragraph "4" of the Amended Complaint, as such constitute a legal conclusion to which no response is required, except, to the extent a response is, in fact, required, states that G2 does not maintain an office in New York, but denies the allegations and respectfully refers all questions of law to the Court for its consideration.

## THE PARTIES

5. Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "5" of the Amended Complaint.

6. Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "6" of the Amended Complaint.

7. Admit to the correct place of business as 1213 Fulton Rd NW, Canton, Ohio 44703.

8. Admit to any correspondence will be addressed to 1213 Fulton Rd NW, Canton, Ohio 44703.

## ALLEGATIONS COMMON TO ALL COUNTS

9. Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "9" of the Amended Complaint.

10. Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "10" of the Amended Complaint.

11. Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "11" of the Amended Complaint.

12.     Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "12" of the Amended Complaint.

13.     Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "13" of the Amended Complaint.

14.     Admit that George Milnes II owns G2 Media Group but denies the remaining allegations contained in paragraph "14" of the Amended Complaint.

**The Infringing Commercial**

15.     Magic Circle retained the services of G2.

16.     Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "16" of the Amended Complaint except acknowledge that a copy of a registration certificate is attached.

17.     Deny the allegations contained in paragraph "17" of the Amended Complaint.

18.     Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "18" of the Amended Complaint.

**The Infringing DVD**

19.     Deny the allegations contained in paragraph "19" of the Amended Complaint except Magic Circle states that G2 was retained to create a DVD.

20.     Deny the allegations contained in paragraph "20" of the Amended Complaint.

a.      Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "20a" of the Amended Complaint.

b.      Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "20b" of the Amended Complaint.

    c.  Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "20c" of the Amended Complaint.

    d.  Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "20d" of the Amended Complaint.

    e.  Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "20e" of the Amended Complaint.

  21.  Admit that G2 was contacted.

  22.  Deny knowledge or information sufficient for form a belief as to the allegations contained in paragraph "22" of the Amended Complaint.

  23.  Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "23" of the Amended Complaint.

  24.  Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "24" of the Amended Complaint.

  25.  Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "25" of the Amended Complaint.

  26.  Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "26" of the Amended Complaint.

  27.  Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "27" of the Amended Complaint.

  28.  Deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "28" of the Amended Complaint.

## CAUSE OF ACTION AGAINST ALL DEFENDANTS

29.    Defendants repeat and incorporate their responses to paragraphs "1" through "28"

of the Amended Complaint.

30.    Deny the allegations contained in paragraph "30" of the Amended Complaint.


Dated: Mar 31, 2010


                                         Respectfully submitted,

                                         _____
                                         George Milnes II
                                         G2 Media Group, Inc.
                                         1213 Fulton Rd NW
                                         Canton, Ohio 44703



TO:

Law Offices of Christopher Serbagi
Christopher Serbagi, Esq.
488 Madison Avenue, Suite 1120
New York, New York 10022
(212) 593-2112
(212) 308-8582 fax

Lewis Brisbois Bisgaard & Smith LLP
199 Water Street, 25th floor
New York, New York 10038