USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-28-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

Freeplay Music

—v—

G2 Media, etal
------------------------------X

09 CIV 6400 (JFK)

Please be advised that the conference scheduled for June 2, 2010 has been rescheduled to September 9, 2010 at 10:00 a.m. in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York
       May 28, 2010

_____
JOHN F. KEENAN
United States District Judge