UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FREEPLAY MUSIC L.L.C.,                       : ECF CASE
                                             :
                Plaintiff,                   : Index No. 09 civ. 6400 (JFK) (MHD)
                                             :
                                             : **NOTICE OF DISMISSAL**
          - against -                        :
                                             :
                                             :
G2 MEDIA GROUP, MAGIC CIRCLE CORP.,           :
and GEORGE MILNES II,                        :
                                             :
                                             :
                Defendants.                  :
-----------------------------------------------------------x

Pursuant to Rule 41(a)(1) and (2) of the Federal Rules of Civil Procedure, Plaintiff Freeplay Music LLC. ("Freeplay") dismisses this action with prejudice. Leave of Court is not required because Freeplay and the Defendants G2 Media Group, Magic Circle Corp. and George Milnes II executed a stipulation to dismiss this action with prejudice.

Dated: New York, New York
       August 13, 2010

LAW OFFICES OF CHRISTOPHER SERBAGI

By: _____
Christopher Serbagi, Esq.
488 Madison Avenue, Suite 1120
New York, New York 10022
Tele: 212-593-2112
Fax: 212-308-8582

Attorney for Plaintiff

LEWIS BRISBOIS BISGAARD &
SMITH LLP

By: _____
Jura Zibas, Esq.
199 Water Street, 25th Floor
New York, New York 10038
Tele: 212-232-1353
Fax: 212-232-1399

Attorney for Defendant Magic Circle

G2 MEDIA GROUP, INC.

By: _____
George Milnes II, President

_____
George Milnes II, Individually

4837-6462-3367.1